[No. 66317-8-I. Division One. November 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD R. ROMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-01592-4, Helen Halpert, J., entered November 2, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, A.C.J., and Spearman, J.

[No. 66962-1-I. Division One. November 14, 2011.]

BERYL FERNANDES, *Appellant*, v. JAY MANNING, *as Director of the Department of Ecology*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-02174-1, Wm. Thomas McPhee, J., entered March 5, 2010. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Lau, JJ.

[No. 67360-2-I. Division One. November 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MILES MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01856-3, Ronald E. Culpepper, J., entered July 2, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Appelwick, JJ.

[No. 67361-1-I. Division One. November 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. C.C., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-8-00273-1, James E. Warme, J., entered May 20, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Appelwick, JJ.